**DISTRICT COURT OF THE VIRGIN ISLANDS**

**DIVISION OF ST. CROIX**

| | |
|---|---|
| EDWARD PEREZ, <br><br> Plaintiff, <br><br> v. <br><br> HYANNIS AIR SERVICE, INC. d/b/a CAPE AIR, <br><br> Defendant. | 1:10-cv-86 |

TO: Lee J. Rohn, Esq.
　　Stephanie L. Adler, Esq.

## ORDER

THIS MATTER is before the Court upon Defendant's Motion to Strike Plaintiff's Response in Opposition to Defendant's Motion to Transfer Venue and Plaintiff's Motion Nunc Pro Tunc For Leave to File Supplemental Exhibit (Docket No. 12). This order is issued without necessity of response.

In view of the Court's denial of Plaintiff's motion for reconsideration of the Court's order denying Plaintiff's motion for extension of time to file his response to Defendant's motion to transfer venue and subsequent order deciding the said motion to transfer venue, the Court will grant Defendant's motion to strike.

*Perez v. Hyannis Air Service*
1:10-cv-86
Order
Page 2

WHEREFORE, it is now hereby **ORDERED**:

1. Defendant's Motion to Strike Plaintiff's Response in Opposition to Defendant's Motion to Transfer Venue and Plaintiff's Motion Nunc Pro Tunc For Leave to File Supplemental Exhibit (Docket No. 12) is **GRANTED**.

2. Plaintiff's Response and Memorandum in Opposition to Defendant's Motion to Transfer Venue Based on Forum Non Conveniens and For Application of Massachusetts Law (Docket No. 8) is **STRICKEN**.

3. Plaintiff's Motion Nunc Pro Tunc For Leave to File Supplemental Exhibit, Plaintiff's Affidavit[,] One Day Out of Time (Docket No. 10) is **STRICKEN**.

ENTER:

Dated: December 2, 2010                /s/ George W. Cannon, Jr.
                                       GEORGE W. CANNON, JR.
                                       U.S. MAGISTRATE JUDGE